

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANTONIO SALAZAR TORRES, JR., | § | No. 08-19-00214-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 109th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Crane County, Texas |
| | § | |
| State. | | (TC# 1720) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **February 17, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Paul E. Mansur, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 17, 2020.

IT IS SO ORDERED this 12th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.